UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL MORRIS, | ) | No. CV 15-823 JAK (FFM) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| JOHN SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 8/11/15

_____
JOHN A. KRONSTADT
United States District Judge